1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY PROFFITT,                        1:09-cv-01718-DLB (HC)

12              Petitioner,                 ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
13   vs.                                    UNITED STATES DISTRICT COURT,
                                            EASTERN DISTRICT OF CALIFORNIA
14   KEN CLARK,

15              Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20        The petitioner is challenging a conviction from Shasta County, which is part of the

21   Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the petition should have been filed in the Sacramento Division.

23        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

24   proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

25   action will be transferred to the Sacramento Division.   This court will not rule on petitioner's

26   request to proceed in forma pauperis.

                                           −1−

1     Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis.

3        2.  This action is transferred to the United States District Court for the Eastern District of

4     California sitting in Sacramento; and

5        3.  All future filings shall reference the new Sacramento case number assigned and shall

6     be filed at:

7                      United States District Court
                       Eastern District of California
8                      501 "I" Street, Suite 4-200
                       Sacramento, CA 95814
9

10       IT IS SO ORDERED.

11    **Dated:    September 30, 2009**              _____ **/s/ Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26